IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3006 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER TO DISMISS |
| | ) | |
| RICKY J. LUEBBE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's Motion to Dismiss Count II of the Indictment against this defendant only, filing 56. The Court finds said motion should be granted. Accordingly,

IT IS SO ORDERED that plaintiff's motion is granted. Plaintiff may file a dismissal of Count II of the Indictment against this defendant only in the above matter.

DATED this 14th day of July, 2005.

BY THE COURT:

s/ *RICHARD G. KOPF*
United States District Judge